UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 14-08611-RGK (SSx) | Date January 15, 2015 |

| |
|---|
| Title   Unicolors Inc v. Macy's Inc., et al |

| | |
|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |

| Sharon L. Williams | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**      **[In Chambers] Order to Show Cause re Dismissal for Lack of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed.R.Civ.Proc. 4(m).  Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  Fed.R.Civ.Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing on or before **January 22, 2015** why this action should not be dismissed for lack of prosecution **as to defendants Brave New World; Goofy Loofah, Inc.; Ooh La La, Inc.; Dees Department Store, Inc.; Pink Saloon, Inc.; Haystacks LLC; and Biddy Boutique**.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

If plaintiff/defendant files

☐      Proof of <u>timely</u> service of summons and complaint on the following defendant(s):

◉      A <u>timely</u> answer by the following defendant(s): **Brave New World (answer due 12/11/2014); Goofy Loofah, Inc. (answer due 01/06/2015); Ooh La La, Inc. (answer due 12/23/2014); Dees Department Store, Inc. (answer due 12/22/2014); Pink Saloon, Inc. (answer due 12/30/2014); Haystacks LLC (answer due 12/19/2014); and Biddy Boutique (answer due 12/23/2014)**

- OR-

◉      Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure as to defendant(s): **Brave New World; Goofy Loofah, Inc.; Ooh La La, Inc.; Dees Department Store, Inc.; Pink Saloon, Inc.; Haystacks LLC; and Biddy Boutique**

☐     Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure as to defendant(s):

on or before the date indicated above, the court will consider this a satisfactory response to the Order To Show Cause.