MILES D. SCULLY (SBN: 135853)
Email: mscully@gordonrees.com
TARA L. MARTIN (SBN: 189168)
Email: tmartin@gordonrees.com
GORDON & REES LLP
2211 Michelson Drive, Suite 400
Irvine, CA 92612
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

Attorneys for Defendants
(See attached list, Exhibit "1")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S, INC., individually and doing business as "MACYS.COM" and "BLOOMINGDALE'S, a Delaware Corporation, et al.<br><br>Defendant. | CASE NO. 2:14-CV-08611 RGK (SSx)<br><br>Judge: R. Gary Klausner<br>Courtroom 850<br><br>**NOTICE OF JOINDER AND JOINDER OF DEFENDANT LLOYD HAMPTON LTD DBA MUSTIQUE TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(6) AND 12(b)(7) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Date:   January 12, 2015<br>Time:   9:00 a.m.<br>Courtroom:   Courtroom 850 |

**TO THE HONORABLE COURT, PLAINTIFF, DEFENDANTS, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Lloyd Hampton Ltd. dba Mustique ("MUSTIQUE"), a New York Domestic Business Corporation, hereby joins in the motion, filed by Defendants* pursuant to Rules 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure, for an Order dismissing Plaintiff Unicolors,

---

* Defendants are identified in the underlying notice of motion in the attached List, Exhibit "1" (Dkt. No. 59)

Inc.'s Complaint ("Motion"). The Motion was filed as docket entry number 59, and was set for hearing on January 12, 2015, at 9:00 a.m., in Courtroom 850 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California, the Honorable R. Gary Klausner presiding. The Motion has been taken under submission by the Court.

Defendants' factual and legal grounds for moving to dismiss the Complaint apply equally to MUSTIQUE. To avoid unnecessary and/or duplicative effort, time, and expense to the Court and to the parties involved, this Joinder sets forth and incorporates by reference all points and authorities, declarations, exhibits and all papers filed by Defendants[*] in support of the Motion, the papers and records on file in this case. For all reasons stated in the Motion, Defendant MUSTIQUE and requests that the Court dismiss Plaintiff's Complaint pursuant to Rules 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure.

Dated: February 10, 2015                    GORDON & REES LLP

                                            By:   /s/ Tara L. Martin
                                                  Miles D. Scully
                                                  Tara L. Martin
                                                  Attorneys for Defendants
                                                  (See attached list, Exhibit "1")

# EXHIBIT "1"

4 Playbk Inc.

Ah-Ha, L.L.C., erroneously sued and served herein as Ah Ha LLC, a Louisiana Limited Liability Company

Annawear, Inc.

Atlantic Beach Surf Shop, Inc., a North Carolina Corporation

Behind the Glass, Inc., an Alabama Corporation

Belk, Inc., a Delaware Corporation

Biddy Boutique

Bop LLC, individually and doing business as Shopbop.com, a Wisconsin Limited Liability Company

BT&T, Incorporated, a Wyoming Corporation dba Altitude

Chic Couture-By Jennifer Burgess, LLC, individually and doing business as Chic Couture, a Colorado Limited Liability Company

Destin Threads, a Florida Limited Liability Company

Eminent, Inc., a Delaware corporation, individually and doing business as Revolve Clothing

GSM (Retail), Inc., a California corporation formerly known as GSM Investments, Ltd., erroneously sued as GSM Investments, LLC

Harvest Time International, Inc., individually and doing business as Love's Creation, a Florida Corporation

Huie and Huie LLC, a California limited liability company dba Seedstore

Kitsch Couture, Inc., a California Corporation

Lloyd Hampton Ltd. dba Mustique

Lord & Taylor, Inc., a Pennsylvania Corporation

Lucca, LLC, an Alabama limited liability company

Macy's, Inc., erroneously sued and served herein as Macy's, Inc., individually and doing business as Macys.com, doing business as Bloomingdale's, a Delaware Corporation

Mika Overseas Corporation, a New York Corporation

Nordstrom, Inc., a Washington Corporation

Ooh La La, Inc., a New York Corporation

Out of the Blue Clothing, Inc., a New York Corporation

Pink Saloon, L.L.C., a Kansas limited liability company

Retail Convergence, Inc., a Delaware Corporation

Robert Fox, Inc., individually and doing business as Fox's, a New York Corporation

Rosie True, Inc., a Florida Corporation

Saks & Company (NY), erroneously sued herein as Saks, Inc., individually and doing business as Saks Fifth Avenue Off 5th doing business as Hudson Bay, a Tennessee Corporation

Sandra Shelton, Inc., individually and doing business as Pangaea, a Tennessee Corporation

Sojourn Clothier, Inc.

Stacey Rhodes Boutique, LLC, a Tennessee Limited Liability Company

Stahli LLC, a Florida Limited Liability Company

Sylvia's

The Buckle, Inc., a Nebraska Corporation

Von Muir, Inc.

Why Knot Sanibel, Inc., a Maryland Corporation

Wink Boutique LLC

Zappos Merchandising, Inc., a Delaware Corporation

1095184/21911021v.1