JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S, INC., et al.,<br><br>Defendants. | Case No.: CV14-8611 RGK (SSx)<br>*Honorable R. Gary Klausner Presiding*<br><br>**[~~PROPOSED~~] JUDGMENT** |

# [PROPOSED] JUDGMENT

## JUDGMENT IS ENTERED AS FOLLOWS:

1.      Judgment is entered against all named defendants in this case and in favor of Plaintiff, in the amount of fifty one thousand dollars and no cents ($51,000.00), plus costs, including attorneys' fees, in an amount to be determined

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated:  9/18    , 2015   By: _____
UNITED STATES DISTRICT JUDGE
HONORABLE R. GARY KLAUSNER